[S. F. No. 922.    Department One.—October 8, 1897.]

## HIBERNIA SAVINGS AND LOAN SOCIETY, Respondent, v. ROSA BEHNKE, Executrix, etc., of Vitus Wackenreuder, Deceased, Appellant.

APPEAL—DISMISSAL—FAILURE TO SERVE ADVERSE PARTY—PRACTICE.—The consideration of a motion to dismiss an appeal for the alleged failure to serve the notice of appeal upon one claiming to be an adverse party, will be continued until the hearing of the appeal, when the determination of the motion involves an examination of the entire record, and incidentally of the merits of the appeal, and the motion was not made until after the appellant had filed his points and authorities upon the appeal.

MOTION to dismiss an appeal from an order of the Superior Court of the City and County of San Francisco refusing to set aside a sale.    William T. Wallace, Judge.

The facts are stated in the opinion of the court.

T. Z. Blakeman, for Appellant.

A. Tobin, and Thomas F. Barry, for Respondent.

THE COURT.—The appeal herein is taken from an order refusing to set aside a sale by the sheriff under a decree of foreclosure.    The respondent has moved to dismiss the appeal for failure to serve the notice upon one claimed by it to be an adverse party.    The motion was not made until after the appellant had filed his points and authorities upon the appeal, and the respondent has included the points in support of the motion with its points and authorities upon the appeal.    The determination of the motion involves an examination of the entire record, and incidentally of the merits of the appeal, and ought not to be determined in advance of the hearing of the cause.    The motion is, therefore, continued until the hearing upon the appeal.